UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. COLL,<br>　　Plaintiff,<br><br>　　　v.<br><br>MIDDLESEX HOUSE OF<br>CORRECTION, et al.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Civil No. 20-10792-JCB<br>)<br>)<br>)<br>)<br>) |

ORDER

June 29, 2020

Boal, M.J.

　　By Memorandum and Order dated June 17, 2020, this Court granted Coll's motions to amend and to proceed without prepayment of fees. See Docket No. 12.  Coll was granted until July 17, 2020, to file an amended complaint.

　　Now before the Court is Coll's motion for appointment of counsel.  See Docket No. 14. Coll states that he is unable to afford counsel and recounts his unsuccessful efforts to secure legal representation for this case.  Coll further states that the issues are complex, he has limited access to the law library and that he has limited knowledge of the law.

　　There is no constitutional right to a free lawyer in a civil case. See DesRosiers v. Moran, 949 F.2d 15, 24 (1st Cir. 1991). Here, Coll qualifies as indigent, as evidenced by the fact that this Court has already allowed his motion to proceed without prepayment of fees.  However, nearly all pro se parties that institute litigation in federal court are untrained in the law and have no experience in researching and preparing legal arguments, filing motions, and subpoenaing

witnesses. At this early state of the litigation, the Court finds that Coll has not demonstrated that the legal issues are especially complex beyond his comprehension.

Accordingly, the Court denies the motion without prejudice should circumstances change during the litigation of the case.  Plaintiff is reminded that he has until July 17, 2020, to file an amended complaint.

                                            SO ORDERED.

                                             /s/ Jennifer C. Boal
                                            JENNIFER C. BOAL
                                            United States Magistrate Judge