UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER M. COLL,<br>     Plaintiff,<br><br>     v.<br><br>MIDDLESEX HOUSE OF<br>CORRECTION, et al.,<br>     Defendants. | Civil No. 20-10792-JCB |

ORDER
July 20, 2020

Boal, M.J.

Plaintiff Christopher M. Coll, who is presently incarcerated at the Middlesex Jail and House of Correction, filed a pro se civil rights complaint alleging, among other things, that he was injured while being transported for a court appearance.

By Memorandum and Order dated June 17, 2020, this Court granted Coll's motions to amend and to proceed without prepayment of fees. See Docket No. 12. Coll was granted until July 17, 2020, to file an amended complaint.

Now before the Court is a letter from Coll requesting a complaint form and other forms needed for service. See Docket No. 13. In light of Coll's pro se status, this Court will grant Coll an extension of time until August 20, 2020, to file an amended complaint. No further extensions will be granted.

Accordingly, Coll must file, no later than August 20, 2020, an amended complaint. The Clerk shall send to Coll a blank complaint form with a copy of this Order.

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge